1    JOHN BALAZS, Bar No. 157287
     Attorney At Law
2    916 Second Street, Suite F
     Sacramento, California 95814
3    Telephone: (916) 447-9299
     John@Balazslaw.com
4
     Attorney for Defendant
5    CHRISTOPHER ROBINETTE

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,         )   No. 1:13-CR-0003-AWI-BAM
                                        )
12                Plaintiff,            )
                                        )
13        v.                            )   STIPULATION AND ORDER TO
                                        )   CONTINUE STATUS CONFERENCE
14   CHRISTOPHER ROBINETTE.             )
                                        )
15                Defendant.            )   Date: April 8, 2013
                                        )   Time: 1:00 p.m.
16   _____   )   Hon. Barbara A. McAuliffe

17        Defendant Christopher Robinette, by and through his counsel John Balazs, and the

18   United States, through its counsel, Assistant U.S. Attorney David L. Gappa, hereby

19   stipulate and request that the Court continue the initial status conference in this case from

20   February 11, 2013 to **April 8, 2013, at 1:00 p.m.**

21        The reason for this request is the complexity of the case, the need for the defense to

22   prepare, and continuity of counsel.  The defense has received an initial set of 366 pages of

23   discovery, including documents from the Netherlands.  Defense counsel has also requested

24   to review additional photographic and video evidence in the government's possession in

25   this case.  In addition, defense counsel plans to be out of the country and on vacation for at

26   least two weeks in March 2013.  For these reasons, the parties stipulate and agree that the

27   interests of justice served by granting this continuance outweigh the best interests of the

28   public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

1   **IT IS SO STIPULATED**.

2                                             Respectfully submitted,

3

4   Dated:  February 6, 2013                 /s/ John Balazs
                                             JOHN BALAZS
5
                                             Attorney for Defendant
6                                            CHRISTOPHER ROBINETTE

7

8
    Dated:  February 6, 2013                 BENJAMIN B. WAGNER
9                                            United States Attorney

10

                                       By:   /s/ David L. Gappa
11                                           DAVID L. GAPPA
                                             Assistant U.S. Attorney
12

13

14                                     **ORDER**

15      IT IS SO ORDERED.  For the reasons set forth above, the Court finds the period

16   from February 11, 2013 to April 8, 2013 is excluded from the Speedy Trial Act on the

17   basis that the ends of justice served by this requested continuance outweigh the best

18   interest of the public and the defendants in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).

19      IT IS SO ORDERED.

20      **Dated:    February 6, 2013**              **/s/ Barbara A. McAuliffe**
                                             UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28