JOHN BALAZS, Bar No. 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
CHRISTOPHER ROBINETTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:13-CR-0003-AWI-BAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| CHRISTOPHER ROBINETTE, | |
| Defendant. | Date: August 12, 2013 Time: 1:00 p.m. Hon. Barbara A. McAuliffe |

Defendant Christopher Robinette, by and through his counsel John Balazs, and the United States, through its counsel, Assistant U.S. Attorney David L. Gappa, hereby stipulate and request that the Court continue the status conference in this case from June 10, 2013 to **August 12, 2013, at 1:00 p.m.**

The reason for this request is the complexity of the case, the need for the defense to prepare, and continuity of counsel. The defense has received an initial set of 366 pages of discovery, including documents from the Netherlands. Defense counsel has also met and reviewed additional photographic and video evidence at the FBI office in Fresno. Counsel needs additional time to meet with the defendant, research issues relating to extradition, and to conduct necessary investigation. Defense counsel also has a vacation scheduled for the week from June 11-16, 2013. For these reasons, the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the

public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED**.

Respectfully submitted,

Dated:  June 3, 2013

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
CHRISTOPHER ROBINETTE

Dated:  June 3, 2013

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ David L. Gappa
DAVID L. GAPPA
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.  For the reasons set forth above, the Court finds the period from June 10, 2013 to August 12, 2013 is excluded from the Speedy Trial Act on the basis that the ends of justice served by this requested continuance outweigh the best interest of the public and the defendants in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

**Dated:   June 4, 2013**          **/s/ Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE