JOHN BALAZS, Bar No. 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
CHRISTOPHER ROBINETTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHRISTOPHER ROBINETTE.<br><br>　　　　Defendant.<br>_____ | No. 1:13-CR-0003-AWI-BAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: September 9, 2013<br>Time: 1:00 p.m.<br>Hon. Barbara A. McAuliffe |

　　　Defendant Christopher Robinette, by and through his counsel John Balazs, and the United States, through by and through its counsel, Assistant U.S. Attorney David L. Gappa, hereby stipulate and request that the Court continue the status conference in this case from August 12, 2013 to **September 9, 2013, at 1:00 p.m.**

　　　The reason for this request is the complexity of the case, the need for the defense to prepare, and continuity of counsel.  The defense has received an initial set of 366 pages of discovery, including documents from the Netherlands.  Defense counsel has also met and reviewed additional photographic and video evidence at the FBI office in Fresno.  Counsel needs additional time to meet with the defendant, research issues relating to extradition, and to conduct necessary investigation and consult with a forensic expert.  Defense counsel anticipates requesting a motions schedule on the requested status conference date.

   Further, defense counsel will be in Anchorage, Alaska from August 12-16 for a Ninth Circuit oral argument on August 13, 2013.  Counsel also has a 3-strikes Prop 36 scheduled hearing in Redding, California on August 19 and a sentencing hearing in Sacramento on August 26.  For these reasons, the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

   **IT IS SO STIPULATED**.

                                        Respectfully submitted,

Dated:  August 6, 2013            /s/ John Balazs
                                        JOHN BALAZS

                                        Attorney for Defendant
                                        CHRISTOPHER ROBINETTE


Dated:  August 6, 2013            BENJAMIN B. WAGNER
                                        United States Attorney

                                  By:   /s/ David L. Gappa
                                        DAVID L. GAPPA
                                        Assistant U.S. Attorney


                              **ORDER**

   IT IS SO ORDERED**.**  For the reasons set forth above, the Court finds the period from August 12, 2013 to September 9, 2013 is excluded from the Speedy Trial Act on the basis that the ends of justice served by this requested continuance outweigh the best interest of the public and the defendants in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).


Dated:   August 7, 2013            /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE