John Balazs, Bar # 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel:  (916) 447-9299
John@Balazslaw.com
Sacramento, CA 95814

Attorney for Defendant
Christopher Robinette

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No.  1:13-CR-0003-AWI |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO CONTINUE MOTIONS SCHEDULE** |
| v. | |
| Christopher Robinette, | |
| Defendant. | |

Defendant Christopher Robinette, by and through his counsel John Balazs, and the United States, through by and through its counsel, Assistant U.S. Attorney David L. Gappa, hereby stipulate and request that the Court continue the motion schedule as follows:

| | |
|---|---|
| Defense motions due: | October 28, 2013 |
| Government responses due: | November 26, 2013 |
| Reply briefs, if any, due: | December 9, 2013 |
| Motion hearing: | December 16, 2013, 10:00 a.m. |

The reason for this request is that the defense needs an additional two weeks to research and prepare motions due to the complexity of the case and counsel's schedule in other cases.

1

Among other motions, counsel anticipates filing a motion to dismiss involving issues relating to extradition and a motion to suppress.

At the last status conference, the Court excluded time under the Speedy Trial Act in the ends of justice through the trial date of March 12, 2014.  For the reasons set forth above, the parties stipulate and agree that time should continue to be excluded through the trial date and that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED**.

Respectfully submitted,

Dated:  October 9, 2013         /s/ John Balazs
JOHN BALAZS

Attorney for Defendant
CHRISTOPHER ROBINETTE

Dated:  October 9, 2013         BENJAMIN B. WAGNER
United States Attorney

By:     /s/ David L. Gappa
DAVID L. GAPPA
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   October 10, 2013         _____
SENIOR DISTRICT JUDGE

2