John Balazs, Bar # 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel:  (916) 447-9299
John@Balazslaw.com
Sacramento, CA 95814

Attorney for Defendant
Christopher Robinette

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>       v.<br><br>Christopher Robinette,<br><br>               Defendant. | No.  1:13-CR-0003-AWI<br><br>**STIPULATION AND  ORDER TO SET CHANGE OF PLEA HEARING** |

Defendant Christopher Robinette, by and through his counsel John Balazs, and the United States, through by and through its counsel, Assistant U.S. Attorney David L. Gappa, hereby stipulate and request that the Court calendar this case for a change of plea hearing on April 21, 2014, at 1:30 p.m.  At that time, Mr. Robinette intends to plead guilty to all charges in the Superseding Indictment without a plea agreement.

**IT IS SO STIPULATED**.

Respectfully submitted,

Dated:  April 16, 2014        /s/ John Balazs
                              JOHN BALAZS

                              Attorney for Defendant
                              CHRISTOPHER ROBINETTE

1

Dated:  April 16, 2014            BENJAMIN B. WAGNER
                                  United States Attorney

                           By:    /s/ David L. Gappa
                                  DAVID L. GAPPA
                                  Assistant U.S. Attorney


**ORDER**

IT IS SO ORDERED.

Dated:  April 17, 2014            _____
                                  SENIOR  DISTRICT  JUDGE

2