BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER ROBINETTE,<br><br>Defendant. | CASE NO. 1:13-CR-00003-AWI-BAM<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

It is hereby ORDERED as follows:

1. Under 18 U.S.C. §§ 2253(a) and 2428, defendant Christopher Robinette's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Buffalo HD computer;

    b. Dell Precision portable computer;

    c. Six (6) videotapes;

    d. Dell M90 computer/notebook;

    e. Nineteen (19) CD-Roms;

    f. Dell Jbl Waves computer/notebook;

    g. Twenty-four (24) photos;

    h. Toshiba HD computer;

1       i. JVC Everio camera (film);

2       j. Twenty-five (25) CDs/CD-Roms;

3       k. Thirty-one (31) CDs/CD-Roms;

4       l. Two (2) photos;

5       m. SD card;

6       n. Thirty-three (33) data carriers;

7       o. Four (4) magazines;

8       p. Seagate HD computer;

9       q. Sixty-seven (67) CDs;

10       r. Sixty-four (64) CDs;

11       s. Porsche la Cie data carrier;

12       t. Dell Inspiron B130 portable computer;

13       u. Four (4) USB sticks;

14       v. Dell Precision 390 computer;

15       w. Five (5) CDs;

16       x. Computer;

17       y. IBM HD computer;

18       z. Iomega HD computer;

19       aa. Twelve (12) Photos;

20       bb. Three (3) DVDs; and

21       cc. One piece of paper.

22    2. The above-listed assets constitute property which contain visual depictions mailed, shipped,

23 or transported in violation of 18 U.S.C. §§ 2251(a), 2251(e), 2423(a), and 2423(e), or was used or

24 intended to be used to commit and to promote the commission of the aforementioned violations.

25    3.    Under Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize

26 the above-listed property.  The aforementioned property shall be seized and held by the Federal Bureau

27 of Investigation in its secure custody and control.

28    4.    a. Under 18 U.S.C. § 2253(b) and 46 U.S.C. § 70507(a), incorporating 21 U.S.C. §

PRELIMINARY ORDER OF FORFEITURE    2

1  853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of
2  this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in
3  such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the
4  official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the
5  extent practicable, provide direct written notice to any person known to have alleged an interest in the
6  property that is the subject of the order of forfeiture as a substitute for published notice as to those
7  persons so notified.
8         b. This notice shall state that any person, other than the defendant, asserting a legal
9  interest in the above-listed property, must file a petition with the Court within sixty (60) days from the
10 first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or
11 within thirty (30) days from receipt of direct written notice, whichever is earlier.
12     5.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this
13 Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 2253(a) and 2428, in which all
14 interests will be addressed.
15     6.    The government, in its discretion, shall conduct discovery, including written discovery,
16 the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of
17 property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal
18 Procedure.

IT IS SO ORDERED.

Dated:   May 9, 2014                    _____
                                         SENIOR DISTRICT JUDGE