John Balazs, Bar # 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel:  (916) 447-9299
John@Balazslaw.com
Sacramento, CA 95814

Attorney for Defendant
Christopher Robinette

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Christopher Robinette,<br><br>　　　　Defendant. | No.  1:13-CR-0003-AWI<br><br>**STIPULATION AND  ORDER**<br>**TO CONTINUE SENTENCING HEARING**<br><br>Date:  July 28, 2014<br>Time: 1:30 p.m.<br>Hon. Anthony W. Ishii |

　　　　Defendant Christopher Robinette, by and through his counsel John Balazs, and the United States, through by and through its counsel, Assistant U.S. Attorney David L. Gappa, hereby stipulate and request that the Court continue the current schedule for preparation of the presentence report, objections, and sentencing by three weeks to the following new dates:

　　　　Draft presentence report due:　　　　　　June 30, 2014

　　　　Informal objections due:　　　　　　　　July 7, 2014

　　　　Formal objections due:　　　　　　　　　July 21, 2014

　　　　Sentencing hearing:　　　　　　　　　　July 28, 2014, 1:30 p.m.

　　　　The reason for this request is that defense counsel will be out of the country on vacation

1

from June 7-29 during the period when informal objections are due.  Counsel needs additional time to review the presentence report with the defendant and prepare objections to the report. Senior U.S. Probation Officer Michael W. Armistead has no objection to this request.

**IT IS SO STIPULATED**.

Respectfully submitted,

Dated:  May 19, 2014              /s/ John Balazs
                                  JOHN BALAZS

                                  Attorney for Defendant
                                  CHRISTOPHER ROBINETTE

Dated:  May 19, 2014              BENJAMIN B. WAGNER
                                  United States Attorney

                         By:      /s/ David L. Gappa
                                  DAVID L. GAPPA
                                  Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  May 20, 2014              _____
                                  SENIOR  DISTRICT  JUDGE

2