BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

MAUREEN CAIN
Trial Attorney
U.S. Department of Justice
Criminal Division
Child Exploitation & Obscenity Section
1400 New York Avenue NW, Suite 600
Washington, D.C. 20530
Telephone: (202) 514-5780

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER ROBINETTE, <br><br> Defendant. | CASE NO.  1:13-CR-00003 AWI-BAM <br><br> STIPULATION TO RESCHEDULE SENTENCING HEARING AND PROPOSED ORDER <br><br> CURRENT DATE: July 28, 2014 <br> PROPOSED DATE: August 25, 2014 <br> TIME: 1:30 p.m. <br> COURT: Hon. Anthony W. Ishii |

      The parties have agreed to postpone the sentencing hearing for this case from the current date of July 28, 2014, to August 25, 2014.   The reason for this continuance is that government counsel anticipates needing to attend a training session in Washington, D.C. during the week of July 28, 2014. The parties have no agreement on sentencing issues, and the interests of the United States would best be served by having government counsel who has worked on the case since its inception present for the sentencing hearing.  The defendant remains detained and will not be prejudiced by the short delay. Defense counsel has stipulated to the request.  Because the parties anticipate filing formal objections to

the presentence investigation report as well as sentencing memoranda, they also jointly request that the filing deadline for those documents be extended to August 18, 2014. Accordingly, the parties request that the court issue the attached proposed order.

Dated: July 17, 2014

BENJAMIN B. WAGNER
United States Attorney

By: /s/ DAVID L. GAPPA
DAVID L. GAPPA
Assistant United States Attorney

MAUREEN C. CAIN
U.S. Department of Justice
Trial Attorney

/s/ John Balazs
JOHN BALAZS
Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>      v.<br><br>CHRISTOPHER ROBINETTE,<br><br>                      Defendant. | CASE NO.  1:13-CR-00003 AWI-BAM<br><br>ORDER RESCHEDULING SENTENCING HEARING<br><br>CURRENT DATE: July 28, 2014<br>NEW DATE: August 25, 2014<br>TIME: 1:30 p.m.<br>COURT: Hon. Anthony W. Ishii |

    The parties have agreed to postpone the sentencing hearing for this case from the current date of July 28, 2014, to August 25, 2014.  They also jointly request that the filing deadline for those documents be extended to August 18, 2014.  Having reviewed the stipulation, and good cause having been found, it is ORDERED that any formal objections to the presentence investigation report and/or sentencing memoranda be filed by August 18, 2014.  The sentencing hearing will take place at 1:30 p.m. on August 25, 2014.

IT IS SO ORDERED.

Dated:  July 17, 2014                            _____
                                                  SENIOR  DISTRICT  JUDGE