John Balazs, Bar # 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel:  (916) 447-9299
John@Balazslaw.com
Sacramento, CA 95814

Attorney for Defendant
Christopher Robinette

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>     v.<br><br>Christopher Robinette,<br><br>            Defendant. | No.  1:13-CR-0003-AWI<br><br>**STIPULATION AND  ORDER TO EXTEND DUE DATE FOR SENTENCING MEMORANDA AND/OR OBJECTIONS TO PRESENTENCE REPORT**<br><br>Date:  August 25, 2014<br>Time: 1:30 p.m.<br>Hon. Anthony W. Ishii |

  Defendant Christopher Robinette, by and through his counsel John Balazs, and the United States, through by and through its counsel, Assistant U.S. Attorney David L. Gappa, hereby stipulate and request that the Court extend the date for the filing of the parties' Sentencing Memoranda and/or Formal Objections to the Presentence Report from August 18, 2014 to August 21, 2014.

  The reason for this request is that defense counsel is in an ongoing mortgage fraud jury trial with four defendants in *United States v. Charikov, et. al,* No. 2:12-0003-LKK.  The trial had initially been expected to end last week, but it is not yet completed.  In that case, the parties have a hearing on jury instructions and a motion for judgment of acquittal on August 18, with the

1

government's potential rebuttal case to begin August 19, followed by closing arguments.  As a result, Mr. Robinette's counsel needs additional time to prepare a Sentencing Memorandum and objections to the presentence report.  Both parties would prefer to keep the Sentencing hearing on August 25, 2014, as scheduled, but request that due date for the filing of any Sentencing Memoranda and Objections be extended from August 18 to August 21, 2014.

**IT IS SO STIPULATED**.

Respectfully submitted,

Dated:  August 17, 2014         /s/ John Balazs
                                JOHN BALAZS

                                Attorney for Defendant
                                CHRISTOPHER ROBINETTE

Dated:  August 17, 2014         BENJAMIN B. WAGNER
                                United States Attorney

                        By:     /s/ David L. Gappa
                                DAVID L. GAPPA
                                Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   August 18, 2014        _____
                                SENIOR DISTRICT JUDGE