UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street, Room 1501
Fresno, CA 93721



FILED
AUG 2 5 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## ORDER AND RECEIPT FOR TRIAL EXHIBITS

**CASE NUMBER:** 1:13-cr-00003-AWI-BAM

**CASE NAME:** USA v. Christopher Ribinette

Pursuant to Local Rule 138(f), the Court orders that custody of all exhibits used, referenced and/or admitted at setencing be returned to the party who initially marked the exhibit.

The parties' counsel shall retain possession of and keep safe all exhibits until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

DATED: 8/25/14

ANTHONY W. ISHII
United States District Judge

DATE EXHIBITS RETURNED: 8/25/14

Govt Attorney: David Gapp

Gvot Attorney Signature: Maureen Cain

DATE EXHIBITS RETURNED: 8/25/14

Deft Attorney: _____ John Balazs

This document certifies that the above referenced exhibits were returned.

Date: 8·25·2014

RENEE GAUMNITZ
Courtroom Clerk