BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CHRISTOPHER ROBINETTE,<br><br>　　　　　　　Defendant. | CASE NO. 1:13-CR-00003-AWI-BAM<br><br>**FINAL ORDER OF FORFEITURE** |

　　　WHEREAS, on May 9, 2014, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Christopher Robinette in the following property:

　　　　　　a.　Buffalo HD computer;

　　　　　　b.　Dell Precision portable computer;

　　　　　　c.　Six (6) videotapes;

　　　　　　d.　Dell M90 computer/notebook;

　　　　　　e.　Nineteen (19) CDs/CD-Roms;

　　　　　　f.　Dell Jbl Waves computer/notebook;

　　　　　　g.　Twenty-four (24) photos;

　　　　　　h.　Toshiba Externe HD computer;

　　　　　　i.　JVC Everio camera (film);

j.  Twenty-five (25) CDs/CD-Roms;

k.  Thirty-one (31) CDs/CD-Roms;

l.  Two (2) photos;

m.  SD card;

n.  Thirty-three (33) data carriers;

o.  Four (4) magazines;

p.  Seagate Externe HD computer;

q.  Sixty-seven (67) CDs;

r.  Sixty-four (64) CDs;

s.  Porsche la Cie data carrier;

t.  Dell Inspiron B130 portable computer;

u.  Four (4) USB sticks;

v.  Dell Precision 390 computer;

w.  Five (5) CDs;

x.  Computer;

y.  IBM Die HD computer;

z.  Iomega Externe HD computer;

aa. Twelve (12) Photos;

bb. Three (3) DVDs; and

cc. Piece of paper.

AND WHEREAS, beginning on September 24, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 2253(a) and 2428, to be disposed of according to law, including all right, title, and interest of Christopher Robinette.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Federal Bureau of Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   January 6, 2015                           _____
                                                            SENIOR DISTRICT JUDGE

FINAL ORDER OF FORFEITURE                                   3